IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-100 |
| MICHAEL TODD MORRIS, | |
| Defendant. | |

**O R D E R**

For administrative purposes, the term of service for the jurors who sat in this matter, including alternate jurors, is hereby extended until March 28, 2022.

**SO ORDERED**, this 27th day of October, 2021.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA