IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 4:20-cr-100 |
| MICHAEL TODD MORRIS, | |
| Defendant. | |

**O R D E R**

The Order in the above-styled action having been affirmed by the United States Court of Appeals for the Eleventh Circuit,

IT IS ORDERED AND ADJUDGED that the Mandate of the United States Court of Appeals is made the Order of this Court.

**SO ORDERED**, this 28th day of August, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA